IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TERREZ D. SHIELDS,

    Petitioner,

-vs-

UNITED STATES OF AMERICA,

    Respondent.                               No. 14-cv-222-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Petitioner's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on May 18, 2015 (Doc. 29), Petitioner's claims are **DISMISSED** with prejudice. Further, the Court declines to issue a certificate of appealability.

                                       JUSTINE FLANAGAN,
                                       ACTING CLERK OF COURT

                                BY:  *s/Caitlin Fischer*
                                          **Deputy Clerk**

Dated: May 18, 2015

Digitally signed by David R. Herndon
Date: 2015.05.18 16:37:13 -05'00'

APPROVED:
        U.S. DISTRICT JUDGE
        U. S. DISTRICT COURT